# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

158789

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAVID R. SANDERS and HEATHER H.
SANDERS,
        Plaintiffs-Appellees,

v

TUMBLEWEED SALOON, INC., and
PAINTER INVESTMENTS, INC., d/b/a
CHAUNCEY'S PUB,
        Defendants-Appellants,

and

SHAWN SPOHN and ZACHARY PIERCE,
        Defendants.

SC: 158789
COA: 338937
Montmorency CC: 16-003949-NO

_____/

On order of the Court, the application for leave to appeal the October 30, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellants shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals erred when it concluded that there was a genuine question of fact as to whether there was an attorney-client relationship between the plaintiffs and the attorney who sent the initial letter on their behalf to one of the defendants. In addition to the brief, the appellants shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellants' brief. The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellants. A reply, if any, must be filed by the appellants within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



s0515

Clerk